# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

| | |
|---|---|
| **LINDA SMITH,**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**<br><br>　　　　　**Defendant.** | **Case No. 2:18-cv-00077-DLB-CJS** |

## NOTICE OF SETTLEMENT AND
## AGREED ORDER TO SET ASIDE PENDING DEADLINES

Plaintiff Linda Smith and Defendant Hartford Life and Accident Insurance Company (collectively the "Parties") file this notice to report a settlement in the above matter. The Parties are currently working on completing and executing a settlement agreement and anticipate filing a Joint Stipulation of Dismissal within the next 30 days. The Parties stipulate and agree that all pending deadlines should be set aside in light of the settlement.

SEEN AND AGREED TO BY:

　　　　　　　　　　　　　　　　　　　　*/s/ Steven D. Jaeger (with permission)*
　　　　　　　　　　　　　　　　　　　　Steven D. Jaeger (Ky Bar No.: 92085)
　　　　　　　　　　　　　　　　　　　　THE JAEGER FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　23 Erlanger Road
　　　　　　　　　　　　　　　　　　　　Erlanger, KY 41018

P: (859) 342-4500
F: (859) 342-4501
Attorney for Plaintiff

*/s/ William B. Wahlheim, Jr.*
William B. Wahlheim, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, AL  35203-25618
Telephone:  (205) 254-1000
wwahlheim@maynardcooper.com
Attorney for Defendant