# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## AT COVINGTON

CIVIL ACTION NO. 18-77-DLB-CJS

LINDA SMITH                                                                                      PLAINTIFF

v.                                                        **ORDER**

HARTFORD LIFE AND
ACCIDENT INSURANCE COMPANY                                               DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the parties' Notice of Settlement and Agreed Order to Set Aside Pending Deadlines (R. 20), wherein the parties inform the Court they have reached a settlement of this matter and are in the process of completing the settlement documents. The parties also agree that all pending case schedule deadlines should be set aside. Accordingly,

**IT IS ORDERED** as follows:

1)   The parties shall file a proposed Agreed Order of Dismissal of this action for the presiding District Judge's consideration within thirty (30) days of their January 8, 2019 Notice filing, the same being not later than **February 7, 2019.** If the parties are unable to finalize their settlement and filed the proposed Agreed Order of Dismissal by this date, they shall instead file a Status Report informing the Court of the reasons for the delay.

2)   All remaining case schedule deadlines in this matter are hereby **vacated** pending the parties' finalization of their settlement and filing of a proposed Agreed Order of Dismissal.

Dated this 11th day of January, 2019.



Signed By:
*Candace J. Smith*
United States Magistrate Judge