# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| **LINDA SMITH,**<br><br>                    **Plaintiff,**<br><br>**v.**<br><br>**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,**<br><br>                    **Defendant.** | **Case No. 2:18-cv-00077-DLB-CJS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Linda Smith and Defendant Hartford Life and Accident Insurance Company, by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 7th day of February 2019.

/s/ Steven D. Jaeger (w/ permission)
Steven D. Jaeger
**The Jaeger Firm, PLLC**
23 Erlanger Road
Erlanger, KY  41018
*Attorney for Plaintiff Linda Smith*

/s/ William B. Wahlheim, Jr.
William B. Wahlheim, Jr.
**Maynard, Cooper & Gale, P.C.**
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203-2618
*Attorney for Defendant Hartford Life and Accident Insurance Company*